IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EXTERIOR WALLS, INC.;
CARLOS A. MORENO; and
ANTONIO L. CARAVIA, a/k/a,
ANTONIO CARAVIA, a/k/a,
TONY CARAVIA,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1414

      Petitioners,

v.

CONSTRUCTION MATERIALS,
INC.; WALBRIDGE ALDINGER
COMPANY,

      Respondents.
_____/

Opinion filed July 16, 2014.

Petition for Writ of Prohibition -- Original Jurisdiction.

Shawn M. Heath, B.C.S., of Gray Robinson, P.A., Tallahassee, for Petitioners.

No appearance for Respondents.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.